Charles F. Alexander, Appellant, v. Northern Trust Company et al., Appellees.

Gen. No. 41,394.

opinion filed April 23, 1941; rehearing denied May 21, 1941. Arthur C. Schreiber, for appellant; Edward J. Warren, of counsel; Hershenson & Hershenson and James B. McKeon, for appellees. Opinion by JUSTICE BURKE. "Not to be published in full."